This is to advise that on August 24, 2011

Judge Leo M. Gordon

Issued a CONFIDENTIAL Slip Opinion 11-107

In action

10-00310

YIEH PHUI ENTERPRISE CO.,
(Plaintiff)

v.

UNITED STATES
(Defendant)

And

ALLIED TUBE AND CONDUIT CORPORATION AND
WHEATLAND TUBE COMPANY.
(Defendant-Intervenors)

A PUBLIC VERSION WILL BE FORWARDED TO YOU
WHEN MADE AVAILABLE